**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-4885 |
| | ) | |
| LUCIAN TESSMANN, *et al.*, | ) | The Honorable Thomas M. Durkin |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

**HIPAA ORDER IN CIVIL ACTION AND ORDER PERMITTING DISCLOSURE
PURSUANT TO 42 CFR, PART 2 § 2.13**

The attorneys for the Parties to this lawsuit are hereby granted the right, upon compliance with the applicable discovery provisions of the Federal Rules of Civil Procedure and the orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 199, Pub. L. No. 104-191, 110 Stat. 1936 (HIPAA), any and all health information, relating to Gonzalo Chamizo, Date of Birth, 11/28/62.

The sole purpose of this Order is to permit compliance with the Health Insurance Portability an Accountability Act of 1996 (HIPAA). This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is ntended to authorize such disclosures under Section 164.512(e)(1)(i) of the privacy regulations issued pursuant to HIPAA.

This order is also entered pursuant to 42 CFR, Part 2, § 2.63 and § 2.64. This Court finds that there is good cause for obtaining the information sought in the subpoenas, that there are no other appropriate means for obtaining the information sought, that the public interest and the need for disclosure outweigh the potential injury to the parties, the physician-patient relationships and the treatment services.

Nothing in this Order shall be construed to authorize any party or any attorney for any party to release, exchange, submit or share any Protected Health Information with any other person or any other entity, other than an agent or employee of the attorney or party. This Order prohibits the parties from using or disclosing the Protected Health Information for any purpose other than this litigation or proceedings.

At the conclusion of this action, the parties are ordered to either return to the requesting party the documents and all copies thereof containing Protected Health Information received by them

pursuant to this Order or to destroy the protected health information (including any and all copies), immediately upon conclusion of this action.

So Ordered.

Dated: 6/28/2017

_____
U.S. District Judge Thomas M. Durkin