IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JASON STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-4885 |
| | ) | |
| LUCIAN TESSMANN, *et al.*, | ) | The Honorable Thomas M. Durkin |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY
DISMISSAL OF ALL REMAINING CLAIMS**

Plaintiff Jason Strong, by his undersigned attorneys, respectfully moves this court pursuant to Rule 41 of the Federal Rules of Civil Procedure for entry of an order dismissing his claims against all remaining defendants with prejudice pursuant to the parties' settlement agreement. In support, Plaintiff states:

1. On September 20, 2017, this court entered an order granting leave to dismiss Plaintiff's claims against all defendants except the local governmental entities pursuant to a settlement agreement in this matter. The claims against the government entities remained solely for purposes of effectuating the settlement. *See* Doc. No. 179.

2. The parties have now completed the settlement and, accordingly, Plaintiff now moves to dismiss his claims against all remaining defendants in this case with prejudice. Pursuant to the agreement, no costs are to be taxed against any party and all parties are to bear their own attorneys' fees.

3. This motion is not opposed.

WHEREFORE, Plaintiff Jason Strong respectfully requests that this court enter an order dismissing his claims against all remaining defendants with prejudice and without taxation of costs or attorneys' fees.

Respectfully submitted,

**JASON STRONG**

By: s/ Locke E. Bowman
 One of his attorneys

Locke E. Bowman
David M. Shapiro
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

J. Samuel Tenenbaum
Bluhm Legal Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
(312) 503-4808

**CERTIFICATE OF SERVICE**

I, Locke E. Bowman, an attorney, certify that a copy of the foregoing document was served on Friday, October 27, 2017, via the Court's CM/ECF system on all counsel who have appeared in this case.

    /s/   Locke E. Bowman